## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 23 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Joe Long | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 5/22/2008. Defendant appears in response to arrest on 5/21/2008. Defendant informed of his rights. Stanley L. Hill is appointed as counsel for defendant. Government seeks detention. Detention hearing set for 5/27/2008 at 11:00 a.m. Defendant to remain in custody pending further court proceedings.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | IS |
|---|---|---|