UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 401 |
| | ) | Judge Martin C. Ashman |
| ISAIAH HICKS, et. al. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 29, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Martin C. Ashman in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

By:      /s/ Sharon R. Fairley
Sharon R. Fairley
Assistant U.S. Attorney
219 South Dearborn
Chicago, Illinois 60604
(312) 353 0951

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 401 |
| v. | ) | Hon. Martin C. Ashman |
| | ) | |
| ISAIAH HICKS, et. al. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney hereby certifies that, on May 26, 2008,

in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on

Electronic Case Filing (ECF), the following documents:

### NOTICE OF MOTION

### GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER

were served pursuant to the district court's ECF system as to all ECF filers, and by facsimile and

first-class mail to non-ECF filers, if any.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By: /s/ Sharon R. Fairley
SHARON R. FAIRLEY
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL 60604
(312) 353-0951